THE STATE OF OHIO, APPELLEE, *v.* TATE, APPELLANT.

[Cite as *State v. Tate,* 106 Ohio St.3d 455, 2005-Ohio-5511.]

(No. 2004–0963—Submitted September 21, 2005—Decided November 2, 2005.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Thomas,* 106 Ohio St.3d 133, 2005-Ohio-4106, 832 N.E.2d 1190, and the cause is remanded to the trial court for application of *State v. Thomas.*

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Mary McGrath, Assistant Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and John T. Martin, Assistant Public Defender, for appellant.